**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MARIA ISABEL CALLE GUZMAN,**

***Petitioner*,**

**v.**

**MULLIN et al.,**

***Respondents.***

**Case No. 2:26-cv-12089-CCC**

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner, by and through his undersigned attorney, hereby voluntarily dismisses under FRCP 41(a)(1) without prejudice this action.

Dated: October 20, 2026

*/s/ Cagatay Ersoy*
Cagatay Ersoy, Esq.
*Attorney for Petitioner*
Capitol Law Partn
13873 Park Center Rd STE 152
Herndon, VA 20171
(202) 440-2272

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/29/2026